MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARJORIE ANN MORGANSTERN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C10-05598 JCS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR REMAND UNDER SENTENCE 4 OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff a <u>de novo</u> decision.

    Upon remand, the claimant should be given the opportunity to participate in another hearing.  If, for any reason, the Administrative Law Judge (ALJ) conducting the hearing cannot issue or sign the decision, the hearing office must comply with HALLEX I-2-8-40, which sets forth the applicable procedures for such a situation.  In addition, the ALJ should obtain medical expert testimony in order to assist him in assessing the severity of Plaintiff's impairments while she was still insured for Disability Insurance Benefits, but he will weigh the expert opinion along with all other medical opinions of record according to 20 C.F.R. § 404.1527(d) and Social Security Ruling 96-2p.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Dated: August 8, 2011        /s/ *Richard Zieman*
                             *(As authorized via email)*
                             RICHARD ZIEMAN
                             Attorney for Plaintiff


                             MELINDA L. HAAG
                             United States Attorney

Dated: August 8, 2011        By: /s/ *Elizabeth Firer*
                             ELIZABETH FIRER
                             Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 08/09/11

                             ~~JACQUELINE S. COREY~~ JOSEPH C. SPERO
                             United States Magistrate Judge